CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
OCT 15 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OWAIIAN M. JONES,<br>    Plaintiff, | Civil Action No. 7:13-cv-00438 |
| v. | **ORDER** |
| COMMONWEALTH OF VIRGINIA, et al.,<br>    Defendants. | By:   Hon. Michael F. Urbanski<br>        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis; the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court. The court **CERTIFIES** that an appeal of this Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 15th day of October, 2013.

/s/ Michael F. Urbanski
United States District Judge